IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

TERRY BRADY et al

Plaintiffs,

v.                                                    Case No. 2:18-CV-00729

HUNTINGTON INGALLS INC./NORTHRUP
GRUMMAN SHIPBUILDING, INC.  et al

Defendants.

## ORDER

CONSIDERING THE FOREGOING,

IT IS ORDERED that this matter is dismissed without prejudice.

So Ordered this __26th__ day of January, 2018.

_____
Judge